AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
*Eastern District of Washington*

EDWIN H. HUGHES, single man; Pro Se,

              Plaintiff,

              v.

FLUOR HANFORD, INC., a Washington corporation, et. al.

              Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-5063-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants with prejudice pursuant to the Order Granting Defendants' Motions to Dismiss entered on June 5, 2008, Ct. Rec. 76.

June 5, 2008  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Cora Vargas  
*(By) Deputy Clerk*  
Cora Vargas